v.

**STATE of Missouri, Respondent.**

**Nos. 69241, 72220.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 31, 1998.

STATE of Missouri, Plaintiff/Respondent,

v.

**Joel CHANEY, Defendant/Appellant.**

**No. 72254.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 31, 1998.

Amy M. Bartholow, Asst. Public Defender, Columbia, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Catherine Chatman, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Joel Chaney, Defendant, appeals from judgment entered on a jury verdict finding him guilty of two counts of assault in the first degree, in violation of Section 565.050, RSMo, and two counts of armed criminal action in violation of Section 571.015, RSMo. He was sentenced to a term of imprisonment of eighteen years to be served concurrently.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value.

The judgment is affirmed in accordance with Rule 30.25(b).